IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT AUSTIN, INDIVIDUALLY AND AS A REPRESENTATIVE OF MALLARD PLUMBING & MECHANICAL, INC., | : : : | CIVIL ACTION NO: _____ |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ISUZU COMMERCIAL TRUCK OF AMERICA, INC., | : : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S NOTICE OF REMOVAL

Now comes Defendant, Isuzu Commercial Truck of America, Inc. ("Isuzu"), and invokes the Diversity Jurisdiction of this Court on the following grounds:

1.      Plaintiff commenced a civil action by filing a Complaint in the Court of Common Pleas of Philadelphia County on June 10, 2022. A copy of the Complaint is attached herewith as Exhibit "**A**."

2.      Isuzu's legal department was served with the Complaint on July 11, 2022.

3.      Plaintiff's Complaint alleges various counts – Count I (Uniform Commercial Code), Count II (Magnuson-Moss Warranty Improvement Act), Count III[1] (Pennsylvania Unfair Trade Practices and Consumer Protection Law).

4.      The amount in controversy is in excess of $75,000. The Complaint alleges that plaintiff purchased a 2021 Isuzu NPR-HD Box truck, which, inclusive of sales price, registration charges, document fees, sales, tax, and finance charges totaled more than $82, 589.78. See Exhibit **A**, ¶¶ 3, 5.

_____

[1] Improperly re-stated as Count II in the Complaint. See Exhibit A.

5.      The Complaint also alleges that the above referenced amount <u>excludes</u> other collateral charges not specified. <u>See</u> Exhibit **A**, ¶ 5 (emphasis in original).

6.      Further, the Complaint demands compensation "in an amount equal to the price of the subject vehicle, plus all collateral charges, incidental and consequential damages, reasonable attorney's fees and all court costs." <u>See</u> Exhibit **A**, prayer for relief.

7.      Per the Complaint, Plaintiff Robert Austin is suing individually and as a representative of Mallard Plumbing & Mechanical, Inc. The Complaint avers that he is a citizen of the Commonwealth of Pennsylvania, residing in Horsham, PA. See Exhibit A, ¶ 1.

8.      Isuzu is an entity with its headquarters and principal place of business located at 1400 South Douglass Road, Suite 100, Anaheim, CA 92806. Thus, Isuzu is a California Corporation.

9.      This Court has original jurisdiction over this matter under the provisions of 28 U.S.C. § 1332 (pertaining to diversity of citizenship and amount in controversy), and is one which maybe removed to this Court pursuant to 28 U.S.C. § 1441 (), et seq.

10.     This Notice is filed within the time for removal set forth in 28 U.S.C. § 1446(b).

11.     Written Notice of Removal has been given to opposing counsel as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant Isuzu Commercial Truck of America, Inc. effects removal of this case from the Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

BY:_____

DENNIS P. ZIEMBA, ESQUIRE
Attorney I.D. No. 76098
Two Liberty Place
50 South 16th Street – 22nd Floor
Philadelphia, PA  19102
Telephone: (215) 851-8400
E-Mail:  dziemba@eckertseamans.com

*Attorneys for Defendant, Isuzu Commercial Truck of America, Inc.*

Dated: August 9, 2022

## CERTIFICATE OF SERVICE

I certify that on this 9th day of August, 2022, I caused a copy of the foregoing

DEFENDANT'S NOTICE OF REMOVAL to be served on the person(s) indicated below, via the

Court's electronic filing system.

*Robert A. Rapkin, Esq.*
*Kimmel & Silverman, P.C.*
*30 East Butler Pike*
*Ambler, PA 19002*

_____
Dennis P. Ziemba, Esquire

# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**JUNE 2022**

E-Filing Number: 2206022573

**001010**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ROBERT AUSTIN, ALIAS: MALLARD PLUMBING & MECHANICAL, INC. | ISUZU COMMERCIAL TRUCK OF AMERICA, INC. |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| 308 WESTMONT AVENUE HORSHAM PA 19044 | 1400 SOUTH DOUGLASS ROAD SUITE 100 ANAHEIM CA 92806 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| | |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| | |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| | |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☒ Complaint ☐ Petition Action ☐ Notice of Appeal<br>☐ Writ of Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☒ $50,000.00 or less<br>☐ More than $50,000.00 | ☒ Arbitration<br>☐ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

CASE TYPE AND CODE

1O - CONTRACTS OTHER

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY**<br>JUN **10** 2022<br>**S. RICE** | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES        NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ROBERT AUSTIN

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| ROBERT A. RAPKIN | 30 EAST BUTLER PIKE AMBLER PA 19002 |
| PHONE NUMBER | FAX NUMBER | |
| (215)540-8888 | (215)540-8817 | |
| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
| 61628 | rarphillyefile@lemonlaw.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
| *ROBERT RAPKIN* | Friday, June 10, 2022, 12:04 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

USTED ESTA ORDENADO COMPARECER EN Arbitration Hearing 1880 JFK Blvd.  5th fl.  at 02:00 PM - 04/14/2023
You must still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEFENDERSE.
This matter will be heard by a Board of Arbitrators at the time, date and place specified but, if one or more parties is not present
at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties.
There is no right to a trial de novo on appeal from a decision entered by a Judge.

Robert A. Rankin, Esquire
KIMMEL & SILVERMAN, P.C.
30 East Butler Pike
Ambler, PA 19002
(215) 540-8888
Identification No. 61628

ATTORNEY FOR PLAINTIFF

THIS IS AN ARBITRATION MATTER

DAMAGES HEARING
REQUESTED.

---

Robert Austin, individually and as a representative
of Mallard Plumbing & Mechanical, Inc.
308 Westmont Avenue
Horsham, PA 19044

v.

Isuzu Commercial Truck of America, Inc.
1400 South Douglass Road, Suite 100
Anaheim, CA 92806

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

CIVIL ACTION

### NOTICE TO DEFEND
### CODE: 1900

You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must
take action within twenty (20) days after this complaint and notice are served, by entering a written appearance
personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth
against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be
entered against you by the court without further notice for any money claimed in the complaint or for any other
claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A
LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW
TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL & INFORMATION SERVICE
ONE READING CENTER
PHILADELPHIA, PA 19107
TELEPHONE: 215-238-1701

#### AVISO

Le han demandado a usted en la corte.  Si usted quiere defenderse de estas de estas demandas expuestas an las
paginas signientes, usted tiene veinte (20) dias de plazo al partir de ia fecha de la demanda y ia notificacion.  Hace
falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus
defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte
tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion.  Ademas, la corte
puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted
puede perder dinero o sus propiedades u ostros derechos importantes para usted.

**LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE, SI NO TIENE ABOGADO O SI NO
TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO.  VAYA EN PERSONA O LLAME POR
TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA
AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.**

SERVICIO DE REFERENCIA LEGAL
ONE READING CENTER
FILADELFIA, PA  19107
TELEFONO: 215-238-1701

Case ID: 220601010

Robert A. Rapkin, Esquire
Identification No. 61628
KIMMEL & SILVERMAN, P.C.
30 East Butler Pike
Ambler, PA 19002
(215) 540-8888

**ATTORNEY FOR PLAINTIFF**

**THIS IS AN ARBITRATION
MATTER.  ASSESSMENT OF
DAMAGES HEARING IS
REQUESTED.**

---

**Robert Austin, individually and as a representative
of Mallard Plumbing & Mechanical, Inc.**
**308 Westmont Avenue**
**Horsham, PA 19044**

**v.**

**Isuzu Commercial Truck of America, Inc.**
**1400 South Douglass Road, Suite 100**
**Anaheim, CA 92806**

**COURT OF COMMON PLEAS
PHILADELPHIA COUNTY**


**CIVIL ACTION**

---

## COMPLAINT
## CODE: 1900

1.  Plaintiff, Robert Austin, individually and as a representative of Mallard Plumbing & Mechanical, Inc., is an adult individual citizen and legal resident of the Commonwealth of Pennsylvania, residing at 308 Westmont Avenue, Horsham, PA 19044.

2.  Defendant, Isuzu Commercial Truck of America, Inc., is a corporation qualified to do and regularly conduct business in the Commonwealth of Pennsylvania, with its address and principal place of business located 1400 South Douglass Road, Suite 100, Anaheim, CA 92806 and can be served at this address.

## BACKGROUND

3.  On or about July 24, 2021, Plaintiff purchased a new 2021 Isuzu NPR-HD Box truck, manufactured and warranted by Defendant, bearing the Vehicle Identification Number 54DC4W1D5MS202148.

4.  The vehicle was purchased in the Commonwealth of Pennsylvania and is registered in the Commonwealth of Pennsylvania.

5.  The contract price of the vehicle, including registration charges, document fees, sales tax, finance and bank charges, but excluding other collateral charges not specified, yet defined by the

Lemon Law, totaled more than $82,589.78. A true and correct copy of the contract is attached hereto, made a part hereof, and marked Exhibit "A".

6.   In consideration for the purchase of said vehicle, Defendant issued to Plaintiff several warranties, guarantees, affirmations or undertakings with respect to the material or workmanship of the vehicle and/or remedial action in the event the vehicle fails to meet the promised specifications.

7.   The above-referenced warranties, guarantees, affirmations or undertakings are/were part of the basis of the bargain between Defendant and Plaintiff.

8.   The parties' bargain includes express warranties, as other guarantees, affirmations and undertakings as stated in Defendant's warranty materials and owner's manual, including but not limited to:

| New Truck Warranty | Time in Years | Vehicle Miles |
|---|---|---|
| Basic | 3 | 36,000 |
| Engine | 5 | 75,000 |
| Transmission | | |
| Drive Axle | | |
| Frame Rails | 3 | 36,000 |
| | 5* | Unlimited* |
| Corrosion (Rust Through) | 4 | Unlimited |
| Roadside Assistance | 3 | 36,000 |
| | 5$^†$ | 75,000$^†$ |

| Emission Warranty | Time in Years | Vehicle Miles |
|---|---|---|
| Emissions Defect Warranty - Federal | 5 | 50,000 |
| Emissions Performance Warranty - Federal | 5 | 50,000 |
| Emissions Defect Warranty (NPR model) - California** | 3 | 50,000 |
| | 7 | 70,000 |
| Emissions Defect Warranty (NPR-HD model) - California** | 5 | 50,000 |
| GHG Emission | 5 | 50,000 |
| Tires | 2 | 24,000 |

*After 3 years or 36,000 miles (whichever comes first), labor and parts coverage is 50% for up to 5 years.
†Tows related to powertrain issues may be covered for up to 5 years or 75,000 miles (whichever comes first).
**Please see warranty booklet for coverage details.

The warranty coverages are determined by the mileage of the vehicle and the number of years from the delivery date. The warranty coverages are limited by whichever occurs first. Please see your authorized Isuzu dealer for warranty details.

as published by the Defendant at https://www.isuzucv.com/en/fseries/index and incorporated herein by reference.

9. However, as a result of the ineffective repair attempts made by Defendant through its authorized dealer(s), the vehicle is rendered substantially impaired, unable to be utilized for its intended purposes, and is worthless to Plaintiff.

10. Plaintiff's efforts to secure the warranty repair of the vehicle through the Defendant manufacturer's authorized dealer or dealers includes, but is not limited to multiple repair attempts to the air-conditioning system failing to operate properly, the vehicle pulling, the wheels shaking, the reverse/brake lights are inoperable, the check engine light illuminates and a no-start condition. A true and correct copy of the warranty repair history is attached hereto, made a part hereof, and marked Exhibit "B".

11. Plaintiff believes and therefore avers that the vehicle continues to exhibit the foregoing defects and nonconformities which substantially impair its use, value and/or safety as provided in 73 P.S. §1951 et seq., and will require additional warranty repairs.

## COUNT I
## UNIFORM COMMERCIAL CODE

12. Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

13. The defects and nonconformities existing within the vehicle constitute a breach of contractual and statutory obligations of Defendant, including but not limited to the following:

> Express Warranty;
>
> Implied Warranty of Merchantability; and
>
> Implied Warranty of Fitness for a Particular Purpose.

14. The Plaintiff notes that the transmission has been replaced numerous times in only 23,000 miles and has been replaced at least four times. Defendant's warranty is utterly ineffective as the vehicle's transmission is substantially defective and unable to be repaired.

Case ID: 220601010

15. At the time of obtaining possession of the vehicle and at all times subsequent thereto, Plaintiff has justifiably relied upon Defendants express warranties and implied warranties of fitness for a particular purpose and implied warranties of merchantability.

16. At the time of obtaining possession of the vehicle and at all times subsequent thereto, Defendant was aware Plaintiff was relying upon Defendants express and implied warranties, obligations, and representations with regard to the subject vehicle.

17. Plaintiff has incurred damages as a direct and proximate result of the breach and failure of Defendant to honor its express and implied warranties.

18. The Plaintiff hereby requests all applicable relief provided for under the Uniform Commercial Code, Title 13 of the Pennsylvania Statutes, including but not limited to Sections § 2701-2725 of the same.

WHEREFORE, Plaintiff respectfully demands judgment against Defendant for return of the purchase price of the subject vehicle, incidental and consequential damages foreseeably caused by Defendant's breach, and other damages, the full extent of which are not yet known and brings this action to recover same.

## COUNT II
## MAGNUSON-MOSS (FTC) WARRANTY IMPROVEMENT ACT

19. Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

20. Plaintiff is a "Consumer" as defined by 15 U.S.C. §2301(3).

21. Defendant is a "supplier", "warrantor", and a "service contractor" as defined by 15 U.S.C. § 2301 (4),(5) and (8).

22. The subject vehicle is a "consumer product" as defined by 15 U.S.C. § 2301(1).

23. By the terms of its written warranties, affirmations, promises, or service contracts, Defendant agreed to perform effective repairs at no charge for parts and/or labor.

Case ID: 220601010

24. The Magnuson-Moss Warranty Improvement Act requires Defendant to be bound by all warranties implied by state law. Said warranties are imposed on all transactions in the state in which the vehicle was delivered.

25. Defendant has made attempts on several occasions to comply with the terms of its express warranties; however, such repair attempts have been ineffective.

26. The Magnuson-Moss Warranty Improvement Act, 15 U.S.C. §2310(d)(2) provides:

> If a consumer finally prevails on an action brought under paragraph (1) of this subsection, he may be allowed by the court to recover as part of the judgment a sum equal to the amount of aggregate amount of costs and expenses (including attorney fees based upon actual time expended), determined by the court to have been reasonably incurred by the Plaintiff for, or in connection with the commencement and prosecution of such action, unless the court, in its discretion shall determine that such an award of attorney's fees would be inappropriate.

27. Plaintiff has afforded Defendant a reasonable number of opportunities to conform the vehicle to the aforementioned express warranties, implied warranties and contracts.

28. As a direct and proximate result of Defendant's failure to comply with the express written warranties, the Defendant has breached said warranties, has violated the Magnuson-Moss Warranty Improvement Act, the Plaintiff has suffered damages and, in accordance with 15 U.S.C. §2310(d)(1), the Plaintiff is entitled to bring suit for such damages and other legal and equitable relief.

29. At the time of obtaining possession of the vehicle and at all times subsequent thereto, Plaintiff has justifiably relied upon Defendant's express warranties and implied warranties of fitness for a particular purpose and implied warranties of merchantability.

30. At the time of obtaining possession of the vehicle and at all times subsequent thereto, Defendant was aware Plaintiff was relying upon Defendant's express and implied warranties, obligations, and representations with regard to the subject vehicle.

31. Plaintiff has incurred damages as a direct and proximate result of the breach and failure of Defendant to honor its express and implied warranties.

Case ID: 220601010

32. Such damages include, but are not limited to, the sales price of the vehicle plus all collateral charges, including attorney fees and costs, as well as other expenses, the full extent of which are not yet known.

33. Plaintiff avers that upon successfully prevailing upon the Magnuson-Moss claim herein, all attorney fees are recoverable and are demanded against Defendant.

WHEREFORE, Plaintiff respectfully demands judgment against Defendant in an amount equal to the price of the subject vehicle, plus all collateral charges, incidental and consequential damages, reasonable attorneys' fees, and all court costs.

## COUNT II
### PENNSYLVANIA UNFAIR TRADE PRACTICES AND
### CONSUMER PROTECTION LAW

34. Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

35. Plaintiff is a "Person" as defined by 73 P.S. §201-2(2).

36. Defendant is a "Person" as defined by 73 P.S. §201-2(2).

37. Section 201-9.2(a) of the Act authorizes a private cause of action for any person "who purchases or leases goods or services primarily for personal, family or household purposes."

38. Section 1961 of the Pennsylvania Automobile Lemon Law, provides that a violation of its provisions shall automatically constitute a violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Act, 73 P.S. 201-1 et seq.

39. In addition, the Pennsylvania Unfair Trade Practices and Consumer Protection Act, 73 P.S. §201-2(4), defines "unfair or deceptive acts or practices" to include the following conduct:

> (vii).  Representing that goods or services are of a particular standard, quality or grade, or that goods are of a particular style or model, if they are of another;
>
> (xiv).  Failing to comply with the terms of any written guarantee or warranty given to the buyer at, prior to, or after a contract for the purchase of goods or services is made;
>
> (xv).  Knowingly misrepresenting that services, replacements or repairs are needed if they are not needed;
>
> (xvi).  Making repairs, improvements or replacements on tangible, real or personal property of a nature or quality inferior to or below the standard of that agreed to in writing;

Case ID: 220601010

(xvii).  Engaging in any other fraudulent or deceptive conduct which creates a likelihood of confusion or of misunderstanding.

40. Plaintiff avers Defendant has violated these, as well as other provisions, of 73 P.S. §201-2 et seq.

41. Section 201-3.1 of the Act provides that the Automotive Industry Trade Practice rules and regulations adopted by the Attorney General for the enforcement of this Act shall constitute additional violations of the Act.

42. Defendant's conduct surrounding the sale and servicing of the subject vehicle falls within the aforementioned definitions of "unfair or deceptive acts or practices."

43. The Act also authorizes the Court, in its discretion, to award up to three (3) times the actual damages sustained for violations.

WHEREFORE, Plaintiff respectfully demands judgment against Defendant in an amount not in excess of Fifty Thousand Dollars ($50,000.00), together with all collateral charges, attorneys' fees, all court costs and treble damages.

KIMMEL & SILVERMAN, P.C.

By: _____
ROBERT A. RAPKIN, ESQUIRE
Attorney for Plaintiff
30 East Butler Pike
Ambler, Pennsylvania 19002
(215) 540-8888

Case ID: 220601010

# V E R I F I C A T I O N

Robert A. Rapkin, Esquire states that he is the attorney for the Plaintiff herein; that he is acquainted with the facts set forth in the foregoing Complaint; that same are true and correct to the best of his knowledge, information and belief; and that this statement is made subject to the Penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsifications to authorities.

ROBERT A. RAPKIN, ESQUIRE
Attorney for Plaintiff

Case ID: 220601010

**VEHICLE BUYER'S ORDER**

Fred Beans

DEAL # 24196
CUST # 20905

FRED BEANS FORD LINCOLN MITSUBISHI ISUZU
676 N GASTON RD DOYLESTOWN, PA 18902

CARNEY, ALEXAN

Date 07/26/2021   Seller Name and Address

| Buyer's Name | Co-Buyer's Name |
|---|---|
| MALLARD PLUMBING & MECHANICAL, INC. | N/A |
| Address (City, State and Zip Code) | Address (City, State and Zip Code) |
| 308 WESTMONT AVE | N/A |
| HORSHAM PA 19044-2523 | |
| Residential Phone   Business Phone | Residential Phone   Business Phone |
| 2153948941 | |
| Email Address   Mobile Phone | Email Address   Mobile Phone |
| SHANE@GETMALLARD.COM   2155890052 | |

THIS BUYER'S ORDER IS ☐NEW ☐USED ☐CAR ☐TRUCK ☐DEMO
FOR THE FOLLOWING   ☐ PRIOR USE:

TO BE DELIVERED ON OR ABOUT   07/26/2021

| Year | Make | Model | Type | Trim | Color | Mileage | Stock # |
|---|---|---|---|---|---|---|---|
| 2021 | ISUZU | NPR | | | WHITE | 493 | Z10004 |

VIN  54DC4W1D5MS202148

| TRADE IN RECORD 1 | | | |
|---|---|---|---|
| YR. MAKE | | MODEL | TYPE |
| COLOR | TRIM | | MILEAGE |
| VIN N/A | | | |
| TITLE NO. | PLATE NO. | | EXP DATE |
| OWNER N/A | | LOAN # | |
| LIENHOLDER N/A | | PHONE N/A | |
| ADDRESS | | SPOKE WITH N/A | |
| AMOUNT N/A | GOOD TILL | VERIFIED BY N/A | |

| TRADE IN RECORD 2 | | | |
|---|---|---|---|
| YR. MAKE | | MODEL | TYPE |
| COLOR | TRIM | | MILEAGE |
| VIN N/A | | | |
| TITLE NO. | PLATE NO. | | EXP DATE |
| OWNER N/A | | LOAN # | |
| LIENHOLDER N/A | | PHONE N/A | |
| ADDRESS | | SPOKE WITH N/A | |
| AMOUNT N/A | GOOD TILL | VERIFIED BY N/A | |

| COLLISION COVERAGE | |
|---|---|
| NAME OF AGENT MACCHIANO | PHONE 2156721200 |
| ADDRESS 1125 OLD YORK RD ABINGTON PA 19001 | |
| POLICY NUMBER BUP 2524-026-73 | COLLISION DEDUCTIBLE N/A |
| INSURANCE CO. STATE FARM MUTUAL | SPOKE WITH |
| EFFECTIVE DATE 01/20/2021 | EXP DATE 07/20/2021 | VERIFIED BY |

**WARRANTY INFORMATION**

☐ FACTORY WARRANTY - The manufacturer's warranty constitutes all of the warranties with respect to the sale of this item/items. The seller hereby expressly disclaims all warranties, either expressed or implied including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

☐ USED CAR WARRANTY - Used car is covered by a limited warranty detailed in a separate document. You may obtain a full copy of any applicable warranty from us.

☐ AS IS - THIS MOTOR VEHICLE IS SOLD 'AS IS' WITHOUT ANY WARRANTY EITHER EXPRESSED OR IMPLIED. THE BUYER WILL BEAR THE ENTIRE EXPENSE OF REPAIRING OR CORRECTING ANY DEFECT THAT PRESENTLY EXISTS OR THAT MAY OCCUR IN THE VEHICLE.

BUYER'S SIGNATURE X _____

**USED CAR BUYERS GUIDE: THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THE CONTRACT. THE INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

If you cancel this buyer's order or refuse to take delivery of the vehicle ordered, except as permitted by law, you shall, at our option, forfeit as damages the amount of $ _____

BUYER'S SIGNATURE X _____
Buyer hereby acknowledges to the above clause.

| | |
|---|---|
| PRICE OF VEHICLE | 47919.64 |
| SELLER ACCESSORIES | |
| PREMIUM CARE | 2835.00 |
| VEHICLE SENTRY PROTECTION | 299.00 |
| F2000 | 25599.15 |
| Paint wheels black | 1200.00 |
| Remote Start | 499.00 |
| LESS REBATE | |
| REBATE1 | ( 503.00) |
| Cash Price of Vehicle & Accessories | 71851.79 |
| Sales Tax | 4311.11 |
| P.T.A. Fee ($1.00 PER TIRE) | 5.00 |
| County Fee | 5.00 |
| REGISTRATION   TITLE   TRANSFER   ENCUMBRANCE  143.00   55.00  N/A   28.00 | 408.00 |
| Temporary Registration Plate Fee | 38.00 |
| Documentary Fee | 394.70 |
| Notary Fee | 8/A |
| On-Line Registration Fee | 17.47 |
| Messenger Fee | N/A |
| | |
| | |
| **Total Price** | |

| | | |
|---|---|---|
| Trade-In | | N/A |
| Payoff Amount is Subject to Verification | Less Payoff | N/A |
| | Net Trade In | N/A |
| Deposit | | 500.00 |
| Cash on Delivery | | 74758.58 |
| Net Trade + Deposit + Cash on Delivery | **Total Down Payment** | 75258.58 |
| Unpaid Balance of Total Price | | 41551.79 |

Buyer agrees that this Agreement includes all of the terms and conditions on the front and back side hereof, that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date below comprises, with any retail installment note contract, the complete and entire statement of the terms of the agreement relating to the subject matters covered by this Agreement. Buyer, by signing this Agreement, acknowledges that he/she has read its terms and has received a true copy of this Agreement.

This Agreement is not binding upon either Seller or Buyer until signed by an authorized Seller representative. YOU, THE BUYER, MAY CANCEL

PLAINTIFF'S EXHIBIT

ALL-STATE LEGAL®

Case ID: 220601010

T453882837-DP453882838 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

# *ILAW* 553-PA-e 12/19

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| MALLARD PLUMBING & MECHANICAL, INC. 308 WESTMONT AVE Horsham, PA 19044-2523 MONTGOMERY | N/A | FRED BEANS FORD INC 876 N Easton Rd DOYLESTOWN, PA 18902 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| New | 2021 | ISUZU NPR | N/A | 54DC4W1D5MS202148 | Personal, family, or household unless otherwise indicated below ☒ business ☐ agricultural ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $35,758.58 |
|---|---|---|---|---|
| 4.44 % | $ 4,979.41 | $ 41,851.79 | $ 46,831.20 | $ 82,589.78 |

Returned Check Charge: You agree to pay the costs we actually pay to others if any check you give us is dishonored.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

### Your Payment Schedule Will Be: (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | $ 780.52 | Monthly beginning 09/07/2021 |
| N/A | $ N/A | N/A |

N/A

Late Charge. If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
Prepayment. If you pay early, you will not have to pay a penalty.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### If you do not meet your contract obligations, you may lose the vehicle.

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

Case ID: 220601010

*LAW 553-PA-e 12/19 v1*   Page 1 of 5

T453882837-DP453882838 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 07/24/2021 02:36:10 PM GMT

T453882837-DP453882836  - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

**ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)**

1 Cash Price

| | | |
|---|---|---|
| Vehicle | $ | 42,218.64 |
| Accessories and Installation | $ | 27,298.15 |
| Government Taxes | $ | 4,311.11 |
| Vehicle Delivery | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| | $ | 73,827.90 (1) |

2 Total Downpayment =

Trade-In N/A (Year) N/A (Make) N/A (Model)

| | | |
|---|---|---|
| Trade-In N/A (VIN) | | |
| Gross Trade-In Allowance | $ | N/A |
| Less Pay Off Made By Seller to N/A | $ | N/A |
| Equals Net Trade In | $ | N/A |
| + Cash N/A | $ | 35,258.58 |
| + Other N/A | $ | N/A |
| + Other Rebates | $ | 500.00 |
| + Other N/A | $ | N/A |
| (If total downpayment is negative, enter "0" and see 4H below) | $ | 35,758.58 (2) |

3 Unpaid Balance of Cash Price (1 minus 2) $ 38,069.32 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies

| | | | |
|---|---|---|---|
| Life  Term N/A  $ N/A | | | |
| Disability  Term N/A  $ N/A | $ | N/A | |

B Other Optional Insurance Paid to Insurance Company or Companies

| | | |
|---|---|---|
| (Describe) N/A  Term N/A | $ | N/A |
| (Describe) N/A  Term N/A | $ | N/A |

C Official Fees Paid to Government Agencies

| | | |
|---|---|---|
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |

D Optional Gap Contract $ N/A
E Government Taxes Not Included in Cash Price $ N/A
F Government License and/or Registration Fees

License Fee : $ 22.47

Registration Fee : $ 445.00  $ 467.47

G Government Certificate of Title Fees

(Includes $ 26.00 security interest recording fee) $ 86.00

H Other Charges (Seller must identify who is paid and describe purpose)

| | | |
|---|---|---|
| to N/A  for Prior Credit or Lease Balance | $ | N/A |
| to FRED BEANS FORD  for Documentation Fee | $ | 394.00 |
| to Ford Protect/Lincoln Protect  for Service Contract | $ | 2,835.00 |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf $ 3,782.47 (4)

5 Amount Financed (3 + 4) $ 41,851.79 (5)
6 Finance Charge $ 4,979.41 (6)
7 Total of Payments-Time Balance (5 + 6) $ 46,831.20 (7)

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life:  ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability:  ☐ Buyer ☐ Co-Buyer ☐ Both
Premium:
Credit Life $ _____ N/A
Credit Disability $ _____ N/A
Insurance Company Name _____ N/A
Home Office Address _____ N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

**Other Optional Insurance**

☐ N/A  N/A
Type of Insurance  Term
Premium $ _____ N/A
Description of Coverage _____ N/A
Insurance Company Name _____ N/A
Home Office Address _____ N/A

☐ N/A  N/A
Type of Insurance  Term
Premium $ _____ N/A
Description of Coverage _____ N/A
Insurance Company Name _____ N/A
Home Office Address _____ N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. I want the insurance checked above.

X A N/A  N/A
Buyer Signature  Date
X A N/A  N/A
Co-Buyer Signature  Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.

Case ID: 220601010

LAW 553-PA-e 12/19 v1  Page 2 of 5

T453882837-DP453882836  - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 07/24/2021 02:38:10 PM GMT

T453882837-DP463882838 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment, or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, to the extent permitted by law you agree to repay the amount when we ask for it.
   c. **Security Interest.**
      You give us a security interest in:
      - The vehicle and all parts or goods put on it;
      - All money or goods received (proceeds) for the vehicle;
      - All insurance, maintenance, service, or other contracts we finance for you; and
      - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. **Insurance you must have on the vehicle.**
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our entire interest in the vehicle as well as yours. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we will buy insurance that covers your interest and our interest in the vehicle. We will tell you the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. The term "heavy commercial motor vehicle" means any new or used motor vehicle, excluding a recreational vehicle, which is (i) a truck or truck tractor having a manufacturer's gross vehicular weight of thirteen thousand (13,000) pounds or more, or (ii) a semitrailer or trailer designed for use in combination with a truck or truck tractor. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
      If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
      - You do not pay any payment on time;
      - You give false or misleading information during credit application;
      - You start a proceeding in bankruptcy or one is started against you or your property; or
      - You break any agreements in this contract.
      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** If you default and we have to go to court to recover the vehicle, you will pay the reasonable attorney's fees and court costs as the law permits. You will also pay any attorney's fees and court costs a court awards us.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may get it back by paying the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any other amounts lawfully due under the contract (redeem). Your right to redeem ends when we sell the vehicle. We will tell you how much to pay to redeem.
      If we repossess the vehicle, we may, at our option, allow you to get the vehicle back before we sell it by paying all past due payments, late charges, and any other amounts due because you defaulted (reinstate). We will tell you if you may reinstate and how much to pay if you may.
      If you are in default for more than 15 days when we take the vehicle, the amount you must pay to redeem or reinstate will also include the expenses of taking the vehicle, holding it, and preparing it for sale.

Case ID: 220601010

*LAW 553-PA-e 12/19 v1*  Page 3 of 5

T453882837-DP463882838  - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, or, at our option, reinstate, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it, as the law allows. Reasonable attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you may have to pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

h. **Summary Notice Regarding Prepayment, Rebate of Finance Charge and Reinstatement:** You may prepay all or part of the amount you owe under this contract without penalty. If you do so, you only have to pay the earned and unpaid part of the finance charge and all other amounts due up to the date of your payment. Unearned finance charges will not be rebated under this contract because there will never be any unearned finance charges to rebate. If you default and we repossess the vehicle, we may, at our option, allow you to get the vehicle back before we sell it by paying all past due payments, late charges, and expenses (reinstate).

4. **WARRANTIES SELLER DISCLAIMS**
The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. The following paragraph also does not apply at all if you bought the vehicle primarily for personal, family, or household use.
Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **RIGHT TO RECEIVE STATEMENT OF ACCOUNT**
Upon your request, we will provide you a statement of account that shows information about your payment history including any charges and credits to your account. It will also show amounts that are due at the time of your request and information regarding future payments. We will provide you one statement of account at no cost. We may charge you our reasonable costs for any additional statements requested, as the law allows. Your right to receive a statement of account ends one year after termination of the contract.

8. **ADDITIONAL RIGHTS**
If you encounter a problem, you may have additional rights under the Unfair Trade Practices and Consumer Protection Law, which is enforced by the Pennsylvania Office of Attorney General, Bureau of Consumer Protection.

9. **APPLICABLE LAW**
Federal law and the law of the state of Pennsylvania apply to this contract.

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

Case ID: 220601010

T453882837-DP453882838  - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 07/24/2021 02:38:10 PM GMT

T463882837-DP453882838  - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____N/A_____ Mos.                          _____N/A_____
                                                          Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X _B_                    **N/A**

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____N/A_____ , Year ___N/A___ , SELLER'S INITIALS ____N/A___

## NO COOLING OFF PERIOD

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.   Buyer Signs X C   _Robert Austin_   Co-Buyer Signs X C N/A
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
**See the rest of this contract for other important agreements.**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.
Buyer Signs X D   _Robert Austin_   Date _07/24/2021_   Co-Buyer Signs X D   N/A   Date ____N/A___

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X E   _Robert Austin_   Date _07/24/2021_   Co-Buyer Signs X E   N/A   Date ____N/A___
Buyer Printed Name _MALLARD PLUMBING & MECHANICAL, INC._   Co-Buyer Printed Name N/A
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name _ROBERT AUSTIN III_   Title _PRESIDENT_
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. Another owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X N/A   Address N/A
Seller signs _FRED BEANS FORD INC_   Date _07/24/2021_   By X E   _MICHAEL LARSON_   Title _FINANCE MA_

*(left margin, vertical)* TRUE AND ACCURATE COMPLETED COPY · UCC NON-AUTHORITATIVE COPY
*(right margin, vertical)* TRUE AND ACCURATE COMPLETED COPY · UCC NON-AUTHORITATIVE COPY

**ILAW** FORM NO. 553-PA-e (REV. 12/19)
©2019 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
T463882837-DP453882838 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 07/24/2021 02:36:10 PM GMT

Case ID: 220601010

LAW 553-PA-e 12/19 v1   Page 5 of 5

**CONSENT TO CONDUCT TRANSACTIONS ELECTRONICALLY USING ELECTRONIC RECORDS AND SIGNATURES**

You have indicated that you wish to receive, sign, or transmit documents relating to your Transaction with us electronically. We are required by law to give you certain information "in writing" – which means you are entitled to receive it on paper. We need your consent in order to provide you this information electronically instead. We also need your general consent to use electronic records or signatures in our Transaction with you.

In this Consent, the words "we," "us," and "our" mean (i) the DEALERSHIP from whom you are purchasing or leasing your motor vehicle (the **"DEALERSHIP"**) and (ii) any assignee of the financing contract or lease agreement, or the original creditor on a loan agreement (the **"FINANCING INSTITUTION"**). The words "you" and "your" mean the person giving consent as well as any co-applicants and co-owners of any product or service we provide to the person giving consent as part of this Transaction. **"Transaction"** means your application for credit, the retail installment sales contract, loan agreement, or lease agreement providing for the purchase or lease of a motor vehicle, and the review, execution, and delivery of the documents related to your purchase or lease. It also includes the purchase of all related products and services provided to you and described in the Communications. **"Communication(s)"** means each disclosure, notice, retail installment sales contract, loan agreement, lease agreement, undertaking, fee schedule, periodic statement, record, document, or other information we provide to you, or that you sign or submit or agree to at our request, in connection with the Transaction.

1. **Your Consent.** You (i) agree that any of the Communications we provide to you, or that you sign or agree to at our request, may be in electronic form; and (ii) consent to receiving any of the Communications we provide to you via email, text message, or other electronic medium. We may also use electronic signatures and obtain them from you on any Communication, even if we provide you the Communications in paper form.

**The Communications may be presented, executed, and delivered at the DEALERSHIP, or, for eligible online transactions, via our Signature and Document Delivery Service and Website.**

We may always, in our sole discretion, provide you with any Communications on paper, even if you have authorized electronic delivery. Sometimes the law, or our agreement with you, requires you to give us a written notice. You must still provide these notices to us on paper, unless we tell you how to deliver the notice to us electronically.

2. **How to Withdraw Consent.** If you decide to withdraw consent before you complete the Transaction, you may do so by selecting the "Withdraw Consent" option available on each page of the electronic signature process. The "Withdraw Consent" option will either appear on the left side of the screen, or under the action menu at the upper left corner of the screen. If you withdraw consent before the Transaction is complete, you will be required to restart the Transaction.

Your withdrawal of consent with respect to this Transaction does not affect any other consent you have given us at any other time to use electronic records and signatures, and it does not affect the legal effectiveness, validity, or enforceability of the electronic Communications that were provided to you before your withdrawal became effective.

3. **How to Update Your Contact Information.** It is your responsibility to provide us with accurate and complete e-mail address, mobile/cellular telephone number, and other contact information at the time of your Transaction and after the time of your Transaction, when your contact information changes. To update your information during the Transaction, please notify our representative assisting you with your Transaction; to update your contact information after the time of your Transaction, please notify your Financial Institution.

Case ID: 220601010

4. **Hardware and Software Requirements.** To receive or retain electronic Communications, you must have access to:

**Browser Options:**
This Signature and Document Delivery Service and Website will support the most Current Version of the major desktop, laptop, and tablet browsers. *MOBILE PHONE BROWSERS ARE NOT SUPPORTED AT THIS TIME.*

**Read and Display Requirements:**
Our system works with any Current Version of Adobe Reader® that views and prints PDF documents.

**Printer or Storage Space:**
You will need access to a printer or sufficient storage space to retain the Communications.

You must also have an active email address and SMS-enabled mobile/cellular telephone to use the Signature and Document Delivery Service and Website.

For transactions you complete on our hardware, we will supply any additional required hardware and software.

By "Current Version," we mean a version of the software that is currently supported by its publisher.  From time to time, we may offer services or features that require the Internet browser you are using to be configured in a particular way, such as permitting the use of JavaScript or cookies.  If we detect that the Internet browser you are using is not properly configured, we will provide you with a notice and advice on how to update your configuration.  We reserve the right to discontinue support of a Current Version of software if, in our sole opinion, it suffers from a security flaw or other flaw that makes it unsuitable for use with your Transaction.

If our hardware or software requirements change, and that change would create a material risk that you would not be able to access or retain electronic Communications, we will give you notice of the revised hardware or software requirements.  Continuing to use this service after receiving notice of the change is reaffirmation of your consent.

5. **Paper Copies.**

   a.  **Transactions Completed Using Our Hardware and Software**

For Transactions completed using our hardware and software **("Type I Transactions")**, we will use electronic signatures obtained from you for Communications and we will provide those Communications to you in paper form at the time of your Transaction.  For Type I Transactions, we will tell you that you will be receiving a paper copy of the Communications at the time of your Transaction.

   b. **Transactions Completed Using Your Hardware and Software**

For Transactions completed using your hardware and software to access the Signature and Document Delivery Service and Website **("Type II Transactions")**, we will use electronic signatures obtained from you for Communications and we will provide those Communications to you at the time of your Transaction.  For Type II Transactions, we will tell you that you will be receiving an electronic copy of the Communications at the time of your Transaction.

For Type II Transactions, we will not send you a paper copy of electronic Communications unless you

request it, as provided below, or we otherwise deem it appropriate to do so. For Type II Transactions, you can obtain a paper copy of any Communication we provide to you electronically by printing it yourself or by requesting your **DEALERSHIP** provide you with a paper copy at the time of your Transaction. Such requests for paper copies to your **DEALERSHIP** can be made at the time of your Transaction or up to fifteen (15) days after the date of your Transaction. After this time (15 days after the date of your Transaction), you can request a copy of any Communication by contacting your **FINANCING INSTITUTION.** There is no charge associated with requesting a paper copy of a Communication we sent you electronically.

6. **Retaining Copies of Electronic Communications.** We encourage you to print or download, for your records, a copy of all electronic Communications. This ESIGN Consent disclosure will be a part of the Communications when you print, download a copy, or are otherwise provided a paper copy by us at the time of your Transaction.

7. **Termination/Changes.** We reserve the right, in our sole discretion, to (i) provide you with Communications in paper or electronic form, as described above; (ii) discontinue the provision of your Communications electronically; or (iii) to terminate or change the terms and conditions on which we provide your Communications to you electronically. The Communications that we provide to you electronically will be available to you electronically for fifteen (15) days after the date (a) your Transaction is completed and (b) we provide access to the Communications to you via the Signature and Delivery Service and Website. After this time, if you wish to receive a copy of the Communications, you must request a paper copy from your **FINANCING INSTITUTION.**

**By checking the box, you confirm that (i) you have reviewed and agree to be bound by the terms of the ESIGN Consent; (ii) you are consenting to the use of electronic records and signatures in connection with this Transaction; and if we provide the Communications to you electronically, you are (a) consenting to receive your Communications through the use of the Signature and Document Delivery Service and Website; (b) confirming that you have access to the hardware and software described above; (c) confirming that you are able to receive and review electronic records; and (d) confirming that you have an active email account, SMS-enabled mobile/cellular telephone, and the ability to access, view, and retain PDF files. You are also confirming that you are authorized to, and do, consent on behalf of all of your co-applicants and co-owners of any product or service we provide to you as part of this Transaction.**

**By checking the box, you also agree that any electronic records signed by using the Signature and Document Delivery Service and Website are signed at our business premises. Any Communications that require our signature are completed and binding on us only when we receive and execute them.**

**By checking the box, you agree that the sale or lease of a motor vehicle is complete at the time and place that we deliver the motor vehicle per the agreement below. You and we agree that we will deliver the motor vehicle to you by making the motor vehicle available to you to take possession of it at our place of business once you and we have completed execution of the applicable Communications that require signature. We may agree to help you arrange transportation of the motor vehicle to another place of your choosing after we have delivered it to you at our place of business; however, you acknowledge and agree that: (i) our helping you with transportation of the vehicle in this way is at your request, as your agent, and for your convenience; and (ii) any such transportation of the vehicle that occurs is after the sale or lease is complete and after it was delivered by us at our place of business.**

**By checking the box you also agree that (i) the Signature and Document Delivery Service and Website are strictly designed for use on desktop, laptop, and tablet computing devices and (ii) _THE SIGNATURE AND DOCUMENT DELIVERY SERVICE AND WEBSITE ARE NOT CURRENTLY DESIGNED FOR AND SHOULD NOT BE USED ON A MOBILE PHONE BROWSER._**

Case ID: 220601010

CUSTOMER #: 208058                    197987              IT'S BETTER AT
UNIT# 16                                                **Fred Beans**
                                        INVOICE          FAMILY OF DEALERSHIPS

INC. MALLARD PLUMBING & MECHANICAL                       Ford Lincoln
308 WESTMONT AVE                                         876 North Easton Road · Doylestown, PA 18902
HORSHAM, PA 19044-2523                   PAGE 1          Phone: (215) 348-2900 · Fax: (215) 340-9345
HOME:215-394-8141 CONT:215-394-8141                      www.fredbeans.com
BUS:         CELL:215-589-0052         SERVICE ADVISOR: 7250 JUAN TORRES

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|--|-----|---------|------------------|-----|
| WHITE | 21 | ISUZU NPR | | 54DC4W1D5MS202148 | | 480/484 | T5429 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|------------|----------|--------|------|---------|-----------|
| 24JUL21 IS | | | | | | | |
| 24JUL21 DD | | | 17:00 29JUL21 | | 0.00 | CASH | 28JUL21 |

| R.O. OPENED | | READY | OPTIONS: | SOLD-STK:Z10004 DLR:1203 |
|-------------|--|-------|----------|--------------------------|
| 13:29 15JUL21 | | 07:47 28JUL21 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|--|------|-----|-------|
| A | CUSTOMER STATES THE A/C IS PLOWING WARM CHECK AND ADVISE | | | | | | | | |

A CUSTOMER STATES THE A/C IS PLOWING WARM CHECK AND ADVISE
  AC001 CUSTOMER STATES THE A/C IS PLOWING WARM
        CHECK AND ADVISE
        6444IPDIC                                                    (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE A:       0.00
480 compressor is short cycling, charge checked and found to be
just below minimum spec but not enough to indicate leak. charge set to
maximum spec and checked for leaks, none present. all wiring and
connections checked, evaporator fan connection found to be loose from
install of starter, causing system to overheat. connection secured,
system now operating normally at this time.
        ******************************************************
B Evacuate and Recharge - Complete
  AC04 Evacuate and Recharge - Complete
        6444IPDIC                                                    (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE B:       0.00
480 system evacuated and recharged.
        ******************************************************

EST: 574.08         15JUL21 13:29  SA: 7250
   CONTACT:
*****************************************************

COMPANY NAME        PREMIUM CARE
COMPANY PHONE
POLICY NUMBER       TBD
POLICY TERM          84
EFFECTIVE DATE      24 JUL 2021
DEDUCTIBLE          100.00
MILEAGE LIMIT
BEGIN MILES          482
END MILES          75000
COMPONENTS

YOUR STATE INSPECTION EXPIRES_____

| TIRES | BRAKES | ANTIFREEZE |
|-------|--------|------------|
| | | PROTECTION |

YOUR VEHICLE IS PARKED IN SPOT     ✓

# _____

DISCLAIMER OF WARRANTIES
Any warranties on the product
sold hereby are those made by the
manufacturer. The seller hereby
expressly disclaims all warranties,
either express or implied, including
any implied warranty of
merchantability or fitness for a
particular purpose, and the seller
neither assumes nor authorizes
any other person to assume for it
any liability in connection with the
sale of said products.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| LESS DISCOUNT | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER SIGNATURE

**PLAINTIFF'S EXHIBIT B**
Case ID: 220601000

CUSTOMER #: 208058
UNIT# 16

**197987**

INVOICE



Ford Lincoln

INC. MALLARD PLUMBING & MECHANICAL
308 WESTMONT AVE
HORSHAM, PA 19044-2523
HOME:215-394-8141 CONT:215-394-8141
BUS:            CELL:215-589-0052

PAGE 2

876 North Easton Road · Doylestown, PA 18902
Phone: (215) 348-2900 · Fax: (215) 340-9345
www.fredbeans.com

SERVICE ADVISOR: 7250 JUAN TORRES

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | | TAG |
|-------|------|------------|--|-----|---------|------------------|--|-----|
| WHITE | 21 | ISUZU NPR | | 54DC4W1D5MS202148 | | 480/484 | | T5429 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | | PO NO. | RATE | PAYMENT | INV. DATE | |
|-----------|-----------|-----------|----------|--|--------|------|---------|-----------|--|
| 24JUL21 IS | | | | | | | | | |
| 24JUL21 DD | | | 17:00 29JUL21 | | | 0.00 | CASH | 28JUL21 | |

| R.O. OPENED | | READY | OPTIONS: | SOLD-STK:Z10004 DLR:1203 | | | |
|-------------|--|-------|----------|---------|--|--|--|
| 13:29 15JUL21 | | 07:47 28JUL21 | | | | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|--|------|-----|-------|

\* HOUSE CHARGE [ ] ACCT#_____

\* CASH [ ] CHECK [ ] #_____

\* VISA [ ] MASTERCARD [ ] AMEX [ ] DISC [ ]

\* ACCEPTED BY _____ DATE _____

YOUR STATE INSPECTION EXPIRES_____

| TIRES | BRAKES | ANTIFREEZE PROTECTION |
|-------|--------|-----------------------|
|  |  |  |

YOUR VEHICLE IS PARKED IN SPOT

\# _____   ✓

**DISCLAIMER OF WARRANTIES**
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| LESS DISCOUNT | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | |

Case ID: 220601010

copyright 2014 CDK Global, LLC   SERVICE INVOICE TYPE 2 - SBC - IMAGING

**CUSTOMER COPY**

CUSTOMER #: 208058
UNIT# 16

**198947**

INVOICE

INC. MALLARD PLUMBING & MECHANICAL
308 WESTMONT AVE
HORSHAM, PA 19044-2523
HOME:             CONT:215-394-8141
BUS: 215-394-8141 CELL:215-589-0052

**Fred Beans**
IT'S BETTER AT
FAMILY OF DEALERSHIPS
Ford Lincoln
876 North Easton Road · Doylestown, PA 18902
Phone: (215) 348-2900 · Fax: (215) 340-9345
www.fredbeans.com

PAGE 1

SERVICE ADVISOR: 7250 JUAN TORRES

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|--|-----|---------|-------------------|-----|
| WHITE | 21 | ISUZU NPR | | 54DC4W1D5MS202148 | | 523/529 | T7655 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 24JUL21 IS | | | | | | | |
| 24JUL21 DD | | | 18:00 19OCT21 | | 0.00 | CASH | 30SEP21 |

| R.O. OPENED | | READY | OPTIONS: | SOLD-STK:Z10004 DLR:1203 | | | |
|-------------|--|-------|----------|--------------------------|--|--|--|
| 07:17 03AUG21 | | 15:15 30SEP21 | | | | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|------------------------------|------|-----|-------|

A CUSTOMER STATES; THAT THE TRUCK IS PULLING TO THE RIGHT. THE STEERING
     WHEEL IS STRAIGHT
     MA001 CUSTOMER STATES; THAT THE TRUCK IS PULLING
          TO THE RIGHT. THE STEERING WHEEL IS STRAIGHT
          6444 INTC                                                           .(N/C)
PARTS:    0.00 LABOR:    0.00 OTHER:    0.00   TOTAL LINE A:       0.00
523 vehicle taken for road test, concern present. truck put on
alignment rack and all measurable angles found to be within spec. tires
cross rotated and vehicle taken for post repair road test. pull still
present after bumps but vehicle tracks far straighter than before. bump
steer suspected to be primary concern and is prevalent on these trucks.
     *****************************************************
B A FACTORY TRAINED PROFESSIONAL TECHNICIAN WILL THOROUGHLY INSPECT
     YOUR VEHICLE'S CRITICAL SYSTEMS TO ENSURE IT IS SAFE AND
     RELIABLE. THIS INCLUDES SCHEDULED MAINTENANCE REQUIREMENTS,
     OPEN RECALL CHECK, FLUID LEVELS, STARTING AND CHARGING SYSTEM,
     BRAKES, LIGHTS, STEERING/SUSPENSION, TIRES, AND WHEELS, UNDER
     HOOD, UNDER VEHICLE, AND MORE. A FULL VEHICLE HEALTH REPORT
     WILL BE PROVIDED TO YOU UPON COMPLETION.
     Q99PX A FACTORY TRAINED PROFESSIONAL TECHNICIAN
          WILL THOROUGHLY INSPECT YOUR VEHICLE'S
          CRITICAL SYSTEMS TO ENSURE IT IS SAFE AND
          RELIABLE. THIS INCLUDES SCHEDULED
          MAINTENANCE REQUIREMENTS, OPEN RECALL CHECK,
          FLUID LEVELS, STARTING AND CHARGING SYSTEM,
          BRAKES, LIGHTS, STEERING/SUSPENSION, TIRES
          AND WHEELS, UNDER HOOD, UNDER VEHICLE, AND
          MORE. A FULL VEHICLE HEALTH REPORT WILL BE
          PROVIDED TO YOU UPON COMPLETION.
          6444 INTC                                                           (N/C)·
PARTS:    0.00 LABOR:    0.00 OTHER:    0.00   TOTAL LINE B:       0.00
     *****************************************************
C customer states the touch screen is not owrking as it should
     MA001 customer states the touch screen is not

YOUR STATE INSPECTION EXPIRES_____

| TIRES | BRAKES | ANTIFREEZE PROTECTION |
|-------|--------|------------------------|
| + | + | |

**YOUR VEHICLE IS PARKED IN SPOT**

#_____        ✓

DISCLAIMER OF WARRANTIES
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| LESS DISCOUNT | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

Case ID: 220601010

copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 · B2C · IMAGING

**CUSTOMER COPY**

CUSTOMER #: 208058
UNIT# 16

**198947**

INVOICE

IT'S BETTER AT
**Fred Beans**
FAMILY OF DEALERSHIPS

INC. MALLARD PLUMBING & MECHANICAL
308 WESTMONT AVE
HORSHAM, PA 19044-2523
HOME:              CONT:215-394-8141
BUS: 215-394-8141 CELL:215-589-0052

PAGE 2

Ford Lincoln
876 North Easton Road · Doylestown, PA 18902
Phone: (215) 348-2900 · Fax: (215) 340-9345
www.fredbeans.com
SERVICE ADVISOR: 7250 JUAN TORRES

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| WHITE | 21 | ISUZU NPR | | 54DC4W1D5MS202148 | | 523/529 | T7655 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 24JUL21 IS | | | | | | | |
| 24JUL21 DD | | | 18:00 19OCT21 | | 0.00 | CASH | 30SEP21 |
| R.O. OPENED | | READY | OPTIONS: | SOLD-STK:Z10004 DLR:1203 | | | |
| 07:17 03AUG21 | | 15:15 30SEP21 | | | | | |

| LINE OPCODE TECH TYPE HOURS | | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|

owrking as it should
6444 INTC                                                          (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE C:    0.00
523 verified customer concern, no diagnostics procedures present in
isuzu workshop manual. no codes present. radio removed, all connections
tested and found to be good. serial number taken off of back of radio
and third party radio manufacturer technical assistance contacted.
radio found to have kill switch wired to ebrake, which must be engaged
to operated certain features.
    *************************************************
D check d/f turn signal
MA001 check d/f turn signal
6444 INTC                                                          (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE D:    0.00
523 turn signal connector found to have improper pinfit. connector
disassembled and pin tension adjusted. dielectric grease applied to
ensure proper connection. signal operating normally at this time.
    *************************************************

PREMIUM CARE

COMPANY NAME
COMPANY PHONE
POLICY NUMBER                TBD
POLICY TERM                  84
EFFECTIVE DATE           24 JUL 2021
DEDUCTIBLE                100.00
MILEAGE LIMIT
BEGIN MILES                 482
END MILES                 75000
COMPONENTS

| YOUR STATE INSPECTION EXPIRES____ | | | DISCLAIMER OF WARRANTIES | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|
| TIRES | BRAKES | ANTIFREEZE PROTECTION | Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. | LABOR AMOUNT | |
| | | | | PARTS AMOUNT | |
| | | | | LESS DISCOUNT | |
| | | | | SUBLET AMOUNT | |
| | | | | MISC. CHARGES | |
| **YOUR VEHICLE IS PARKED IN SPOT** ✓ | | | | TOTAL CHARGES | |
| | | | | LESS | |
| #_____ | | | | SALES TAX | |
| | | | CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |

Case ID: 220601010

copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - B/2C - IMAGING

**CUSTOMER COPY**

CUSTOMER #: 208058
UNIT# 16

INC. MALLARD PLUMBING & MECHANICAL
308 WESTMONT AVE
HORSHAM, PA 19044-2523
HOME:            CONT:215-394-8141
BUS: 215-394-8141 CELL:215-589-0052

198947

INVOICE

PAGE 3



Ford Lincoln
876 North Easton Road · Doylestown, PA 18902
Phone: (215) 348-2900 · Fax: (215) 340-9345
www.fredbeans.com

SERVICE ADVISOR: 7250 JUAN TORRES

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| WHITE | 21 | ISUZU NPR | | 54DC4W1D5MS202148 | | 523/529 | T7655 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 24JUL21 IS | | | | | | | |
| 24JUL21 DD | | | 18:00 19OCT21 | | 0.00 | CASH | 30SEP21 |
| R.O. OPENED | | READY | OPTIONS: | SOLD-STK:Z10004 DLR:1203 | | | |
| 07:17 03AUG21 | | 15:15 30SEP21 | | | | | |

LINE OPCODE TECH TYPE HOURS                          LIST      NET     TOTAL
CREATED 2021-07-28 03:06:00PM    * HOUSE CHARGE [ ] ACCT#_____

                                 * CASH [ ] CHECK [ ] #_____

                                 * VISA [ ] MASTERCARD [ ] AMEX [ ] DISC [ ]

                                 * ACCEPTED BY _____ DATE _____



YOUR STATE INSPECTION EXPIRES____

TIRES    BRAKES    ANTIFREEZE
                   PROTECTION

YOUR VEHICLE IS PARKED IN SPOT

#_____ ✓

DISCLAIMER OF WARRANTIES
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.
CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| LESS DISCOUNT | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | |

Case ID: 220601010

CUSTOMER COPY

CUSTOMER #: 208058
UNIT# 16

**206028**

INVOICE

**Fred Beans**
FAMILY OF DEALERSHIPS
Ford Lincoln

INC. MALLARD PLUMBING & MECHANICAL
308 WESTMONT AVE
HORSHAM, PA 19044-2523
HOME:            CONT:215-394-8141
BUS: 215-394-8141 CELL:215-589-0052

PAGE 1

876 North Easton Road · Doylestown, PA 18902
Phone: (215) 348-2900 · Fax: (215) 340-9345
www.fredbeans.com
SERVICE ADVISOR: 7250 JUAN TORRES

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| WHITE | 21 | ISUZU NPR | | 54DC4W1D5MS202148 | | 3172/3173 | T2046 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 24JUL21 IS | | | | | | | |
| 24JUL21 DD | | | 18:00 03DEC21 | | 0.00 | CASH | 23DEC21 |

| R.O. OPENED | | READY | OPTIONS: | SOLD-STK:Z10004 DLR:1203 | | | |
|---|---|---|---|---|---|---|---|
| 08:00 03DEC21 | | 14:34 23DEC21 | | | | | |

| LINE OPCODE TECH TYPE HOURS | | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|

A REPLACE LIGHT BULB. Reverse light not working.
   MA001 check back up light not working
        7424   CMA                                            0.00      0.00
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE A:     0.00
          ****************************************************

C OIL & FILTER CHANGE
   LOF OIL & FILTER CHANGE
        7424   CMA                                           48.95     48.95
   ARLOF AUTO REWARDS 1ST FREE OIL CHANGE                   -74.62    -74.62
     1 12707246  (S)FILTER                                              9.17
     6 XO*5W30*EGF MOTORCRAFT SAE 5W-30 API GF-6A                      16.50
PARTS:   25.67  LABOR:    48.95  OTHER:    -74.62  TOTAL LINE C:     0.00
          ****************************************************

D A FACTORY TRAINED PROFESSIONAL TECHNICIAN WILL THOROUGHLY INSPECT
     YOUR VEHICLE'S CRITICAL SYSTEMS TO ENSURE IT IS SAFE AND
     RELIABLE. THIS INCLUDES SCHEDULED MAINTENANCE REQUIREMENTS,
     OPEN RECALL CHECK, FLUID LEVELS, STARTING AND CHARGING SYSTEM,
     BRAKES, LIGHTS, STEERING/SUSPENSION, TIRES AND WHEELS, UNDER
     HOOD, UNDER VEHICLE AND MORE. A FULL VEHICLE HEALTH REPORT
     WILL BE PROVIDED TO YOU UPON COMPLETION.
   Q99PX A FACTORY TRAINED PROFESSIONAL TECHNICIAN
     WILL THOROUGHLY INSPECT YOUR VEHICLE'S
     CRITICAL SYSTEMS TO ENSURE IT IS SAFE AND
     RELIABLE. THIS INCLUDES SCHEDULED
     MAINTENANCE REQUIREMENTS, OPEN RECALL CHECK,
     FLUID LEVELS, STARTING AND CHARGING SYSTEM,
     BRAKES, LIGHTS, STEERING/SUSPENSION, TIRES
     AND WHEELS, UNDER HOOD, UNDER VEHICLE, AND
     MORE. A FULL VEHICLE HEALTH REPORT WILL BE
     PROVIDED TO YOU UPON COMPLETION.
        7424   CMA                                            0.00      0.00
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE D:     0.00
          ****************************************************

E** line not used

YOUR STATE INSPECTION EXPIRES____

TIRES    BRAKES    ANTIFREEZE
                    PROTECTION

YOUR VEHICLE IS PARKED IN SPOT   ✓

#

**DISCLAIMER OF WARRANTIES**
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| LESS DISCOUNT | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Case ID: 220601010

Copyright 2014 COX Global, LLC   SERVICE INVOICE TYPE 2 - B2C - IMAGING

**CUSTOMER COPY**

CUSTOMER #: 208058
UNIT# 16

**206028**

INVOICE

PAGE 2

**It's Better at Fred Beans — FAMILY OF DEALERSHIPS**

Ford Lincoln
876 North Easton Road · Doylestown, PA 18902
Phone: (215) 348-2900 · Fax: (215) 340-9345
www.fredbeans.com

INC. MALLARD PLUMBING & MECHANICAL
308 WESTMONT AVE
HORSHAM, PA 19044-2523
HOME:          CONT:215-394-8141
BUS: 215-394-8141 CELL:215-589-0052

SERVICE ADVISOR: 7250 JUAN TORRES

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|--|-----|---------|------------------|-----|
| WHITE | 21 | ISUZU NPR | | 54DC4W1D5MS202148 | | 3172/3173 | T2046 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 24JUL21 IS | | | | | | | |
| 24JUL21 DD | | | 18:00 03DEC21 | | 0.00 | CASH | 23DEC21 |

| R.O. OPENED | | READY | OPTIONS: | SOLD-STK:Z10004 DLR:1203 |
|-------------|--|-------|----------|--------------------------|
| 08:00 03DEC21 | | 14:34 23DEC21 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|------------------------------|------|-----|-------|
| MA001 line not used | | | |
| 7424 CMA | | 0.00 | 0.00 |
| PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE E: | | | 0.00 |
| 3172 line not used | | | |

```
*****************************************************
```

EST: 0.00          13DEC21 06:53  SA: 7250
   CONTACT:
```
*********************************************
```

COMPANY NAME
COMPANY PHONE
POLICY NUMBER       PREMIUM CARE
POLICY TERM              TBD
EFFECTIVE DATE      24 JUL 2021
DEDUCTIBLE              100.00
MILEAGE LIMIT
BEGIN MILES              3482
END MILES               75000
COMPONENTS

CREATED 2021-11-29 10:28:00AM  * HOUSE CHARGE [ ] ACCT#
FIRST OIL SERVICE , REVERSE
LIGHT IS OUT, SHIMMY ON        * CASH [ ] CHECK [ ] #
HIGHWAY FROM FRONT END
                               * VISA [ ] MASTERCARD [ ] AMEX [ ] DISC [ ]

                               * ACCEPTED BY _____ DATE _____

YOUR STATE INSPECTION EXPIRES_____

| TIRES | BRAKES | ANTIFREEZE PROTECTION |
|-------|--------|-----------------------|

YOUR VEHICLE IS PARKED IN SPOT  ✓

# _____

DISCLAIMER OF WARRANTIES
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 48.95 |
| PARTS AMOUNT | 25.67 |
| LESS DISCOUNT | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | -74.62 |
| TOTAL CHARGES | 0.00 |
| LESS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | |

Case ID: 220601010

copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - S30 - IMAGING

CUSTOMER COPY

holiday hours Friday 12/24 7:00am- 1:00pm 12/31 7:00am- 3:00pm

# TRUCKSMART

**ISUZU TRUCK**

"BUY A BETTER TRUCK!"

Trucksmart Isuzu
905 Lincoln Hwy.
Morrisville Pa 19067
Phone: (215) 946-7221
Parts and Service Fax : (215)295-6484
www.trucksmartisuzu.com

Authorization for repairs: I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to the vehicle or the articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by the unavailability of parts or delays in the shipment of parts by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on the above vehicle to secure the amount of repair there to.

Terms: strictly cash unless arrangements are made in advance. The factory warranty constitutes all of the warranties with respect to the sale of this item. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item. A 1.5% interest charge is applied on any balance past 30 days.

| SOLD TO | ADVISOR | | |
|---|---|---|---|
| MALLARD PLUMBING & MECHANICA L INC | JOHN KANE | | 1031 |
| | MAKE MODEL YEAR | | |
| 308 WESTMONT AVE | ISUZU   NPR-HD   2021 | COLOR GREEN/WHI | |
| HORSHAM, PA 19044 | VIN 54DC4W1D5MS 202148 | FUEL G | CYL 8 | DATE IN 01/31/22 | ODOMETER IN 4872 |
| CELL OR HOME PHONE (267) 784-9489 | ADDRESS # MALL00 | | |
| | YOUR KEY | STOCK # | A/C Y | PHF 1 | DATE OUT 01/31/22 | ODOMETER OUT 4873 |
| WORK PHONE | EXTENSION BOB | LICENSE # ZSV6051 | P.O. NUMBER | | TRANSMISSION | STATUS Closed | TAG # 295 |

Note :

| 12D | Qty | Description | Price | Amount |
|---|---|---|---|---|
| A- | | CUST.STATES WHEEL SHAKING BAL.FRONT TIRE'S | | |
| NN | .80 | Date 01/31/22 Tech: 1060   Oper: | | N/C |
| | | Total Operation A : | | N/C |
| B- | 108 | ELECTRICAL SERVICE CUST.STATES BACK UP LIGHT NOT WORKING ******************************** NEED NEW LED LIGHT ASSY. $111.30 + TAX. | | |
| | .00 | Date 01/31/22 Tech: 1060   Oper: | 148.00 | |
| | | Total Operation B : | | N/C |
| Z- | | SHOP SUPPLIES | | |
| | | Total Operation Z : | | N/C |

ISUZU WARRANTY

X _____

82807645

** T1
** T2

SIGNATURE ACKNOWLEDGES RECEIPT OF ITEMS AND SERVICES LISTED, ACCEPTANCE OF TERMS NOTED AND AGREEMENT TO FINANCIAL RESPONSIBILITY FOR PAYMENT
Date _____ Signature _____

PAY THIS AMOUNT

Case ID: 220601010

12:33:34      SRV.INVOICE      -CUST

dept hours 7:00 am until 5:00pm Mon-Fri Sat 7:30am until 12:00pm

# TRUCKSMART



**ISUZU** TRUCK

"BUY A BETTER TRUCK!"

Trucksmart Isuzu
905 Lincoln Hwy.
Morrisville Pa 19067
Phone: (215) 946-7221
Parts and Service Fax : (215)295-6484
www.trucksmartisuzu.com

Authorization for repairs: I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to the vehicle or the articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by the unavailability of parts or delays in the shipment of parts by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or else-where for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged to above vehicle to secure the amount of repair there to.

Terms: strictly cash unless arrangements are made in advance. The factory warranty constitutes all of the warranties with respect to the sale of this item. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item. A 1.5% interest charge is applied on any balance past 30 days.

| SOLD TO: | ADVISOR | | DOCUMENT # |
|---|---|---|---|
| MALLARD PLUMBING & MECHANICA L. INC | RONALD STUCKERT | 1023 | RT11748 |
| | MAKE MODEL YEAR | COLOR | I.S. DATE |
| 308 WESTMONT AVE | ISUZU   NPR-HD   2021 | GREEN/WHI | |
| HORSHAM, PA 19044 | VIN | FUEL CYL | DATE IN | ODOMETER IN |
| | 54DC4W1D5MS 202148 | G   8 | 02/09/22 | 5216 |
| TELL OR HOME PHONE | ADDRESS # | YOUR KEY | A/O FRT | DATE OUT | ODOMETER OUT |
| (267) 784-9489 | MALL00 | | Y   3 | 02/12/22 | 5217 |
| WORK PHONE | EXTENSION | LICENSE # | P.O. NUMBER | TRANSMISSION | STATUS | TAG # |
| | BOB | ZSV6051 | | | Open | 331 |

Note :

| LBD | Qty | Description | Price | Amount |
|---|---|---|---|---|
| A- | CK ENG INT | CUSTOMER STATES CHECK ENGINE LIGHT ON DASH CHECK FOR CODES-P0102-MAS AIR FLOW(MAF)SENSOR LOW FREQUENCY REPLACE MASS AIR FLOW SENSOR, RESET MODULE AND CLEAR DATA AND PUT INTO REGENERATION.CLEAR CODES AND ROAD TEST OK | | |
| NN | .80 | Date 02/10/22 Tech: 1060   Oper: | | N/C |
| NN | 1.00 | ISU 8126716200        SENSOR; AIR | | N/C |
| | | Total Operation A : | | N/C |
| | | | | |
| Z- | | SHOP SUPPLIES | | |
| | | Total Operation Z : | | N/C |



82807645

** T1
** T2

X _____

| SIGNATURE ACKNOWLEDGES RECEIPT OF ITEMS AND SERVICES LISTED, ACCEPTANCE OF TERMS NOTED AND AGREEMENT TO FINANCIAL RESPONSIBILITY FOR PAYMENT | PAY THIS AMOUNT | Case ID: 220601010 |
| Date _____   Signature _____ | | |

08:55:18      SRV.INVOICE      -CUST

CUSTOMER    208058                    **211536**                    IT'S BETTER AT
UNIT# 16                                                            **Fred Beans**
                                                                   FAMILY OF DEALERSHIPS

INC. MALLARD PLUMBING & MECHANICAL       *INVOICE*        Ford Lincoln
308 WESTMONT AVE                         DUPLICATE 1      876 North Easton Road · Doylestown, PA 18902
HORSHAM, PA 19044-2523                   PAGE 1           Phone: (215) 348-2900 · Fax: (215) 340-9345
HOME:              CONT:215-394-8141                     www.fredbeans.com
BUS: 215-394-8141  CELL:215-589-0052     SERVICE ADVISOR: 922 Jesse Years

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN /OUT | TAG |
|---|---|---|---|---|---|---|
| WHITE | 21 | ISUZU NPR | 54DC4W1D5MS202148 | | 5210/5214 | T5947 |

| DEL. DATE | PROD. DATE | WARR. EXP | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 24JUL21 IS | | | | | | | |
| 24JUL21 DD | | | 17:00 22MAR22 | | 0.00 | CASH | 05APR22 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:Z10004 DLR:1203 |
|---|---|---|---|
| 13:13 22MAR22 | 11:38 05APR22 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

A Cust states that the truck will not start. Seems to have no
        electrical power. Roadside tried jumping the truck with no
        success. Truck was towed to shop.
CAUSE:
        EL001 Cust states that the truck will not start.
        Seems to have no electrical power. Roadside
        tried jumping the truck with no success.
        Truck was towed to shop.
        7886   WIT                                                    (N/C)
        1 31-MHD SIZE 31 HD BATTERY                                   (N/C)
SUBL tow bill PO#36644
               WIT                                                    (N/C)
PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE A:    0.00
5210 I jumped the truck and started up but as soon as I turned the
truck off with jump pack off the battery, the battery was dead, also
thoroughly inspected the charging system to make sure it was charging
the battery, then once that showed it was good, I tested the battery
and showed it had a dead cell so it required a battery replacement.
DTC: 9C0 5371.
        *******************************************************
B Moved to: 211536C Line: A
        MOVE Moved to: 211536C Line: A
        999ISPLT                                                     (N/C)
        MOVE Moved to: 211536C Line: A
        999ISPLT                                                     (N/C)
        MOVE Moved to: 211536C Line: A
        999ISPLT                                                     (N/C)
        MOVE Moved to: 211536C Line: A
        999ISPLT                                                     (N/C)
PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE B:    0.00
        *******************************************************
*** THE FOLLOWING WORK NOT DONE-TRANSFERRED TO RO#211536C ***
B Moved to: 211536C Line: A

YOUR STATE INSPECTION EXPIRES _____

| TIRES | BRAKES | ANTIFREEZE PROTECTION |
|---|---|---|
|   +   |   +   | |

YOUR VEHICLE IS PARKED IN SPOT ✓

# _____

DISCLAIMER OF WARRANTIES
Any warranties on the product sold herby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| LESS DISCOUNT | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Case ID: 220601010

CUSTOMER COPY

CUSTOMER #: 208058
UNIT# 16

INC. MALLARD PLUMBING & MECHANICAL
308 WESTMONT AVE
HORSHAM, PA 19044-2523
HOME:          CONT:215-394-8141
BUS: 215-394-8141 CELL:215-589-0052

211536

*INVOICE*

DUPLICATE 1
PAGE 2

**Fred Beans**
FAMILY OF DEALERSHIPS
Ford Lincoln
876 North Easton Road · Doylestown, PA 18902
Phone: (215) 348-2900 · Fax: (215) 340-9345
www.fredbeans.com
SERVICE ADVISOR: 922 Jesse Years

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|-----------|-----|---------|---------------|-----|
| WHITE | 21 | ISUZU NPR | 54DC4W1D5MS202148 | | 5210/5214 | T5947 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|-----------|----------|--------|------|---------|-----------|
| 24JUL21 IS | | | 17:00 22MAR22 | | 0.00 | CASH | 05APR22 |
| 24JUL21 DD | | | | | | | |

R.O. OPENED: 13:13 22MAR22   READY: 11:38 05APR22   OPTIONS:   SOLD-STK:Z10004 DLR:1203

LINE OPCODE TECH TYPE HOURS                    LIST    NET    TOTAL
EST: 0.00          23MAR22 12:29 SA: 922
CONTACT:
*****************************************************

COMPANY NAME       PREMIUM CARE
COMPANY PHONE
POLICY NUMBER      TBD
POLICY TERM        84
EFFECTIVE DATE     24 JUL 2021
DEDUCTIBLE         100.00
MILEAGE LIMIT
BEGIN MILES        982
END MILES          75000
COMPONENTS

YOUR STATE INSPECTION EXPIRES _____
TIRES    BRAKES    ANTIFREEZE PROTECTION

YOUR VEHICLE IS PARKED IN SPOT ✓
# _____

DISCLAIMER OF WARRANTIES
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| LESS DISCOUNT | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | |

Case ID: 220601010

CUSTOMER SIGNATURE

Copyright 2014 COX Global, LLC   SERVICE INVOICE TYPE 2 - SI2C - IMAGING

CUSTOMER COPY

CUSTOMER #: 208058
UNIT# 16

**212766**

*INVOICE*

**Fred Beans**
— FAMILY OF DEALERSHIPS —
IT'S BETTER AT

INC. MALLARD PLUMBING & MECHANICAL
308 WESTMONT AVE
HORSHAM, PA 19044-2523
HOME:            CONT:215-394-8141
BUS: 215-394-8141 CELL:215-589-0052

DUPLICATE 1
PAGE 1

Ford Lincoln
876 North Easton Road · Doylestown, PA 18902
Phone: (215) 348-2900 · Fax: (215) 340-9345
www.fredbeans.com
SERVICE ADVISOR: 922 Jesse Years

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| WHITE | 21 | ISUZU NPR | 54DC4W1D5MS202148 | | 5214/5214 | T5947 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 24JUL21 IS | | | | | | | |
| 24JUL21 DD | | | 17:00 14APR22 | | 0.00 | CASH | 14APR22 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:Z10004 DLR:1203 |
|---|---|---|---|
| 07:52 14APR22 | 08:07 14APR22 | | |

| LINE OPCODE TECH TYPE HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|

A REPLACE 3RD BRAKE LIGHT ASSEMBLY
    MISC REPLACE 3RD BRAKE LIGHT BULB
        7886   ISP                                                    (N/C)
        1 T70 TECNIQ OVAL LED LAMP                                     (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE A:    0.00
5214 CUSTOMER BROUGHT TRUCK IN ON MARCH 22ND AND THE VEHICLE WAS
NOT PICKED UP UNTIL APRIL 11TH, DISREGARD THE DATES AT THE TOP OF THE
REPAIR ORDER. DATES AT TOP ARE WRONG DUE TO PARTS NOT BILLING TO THE
PROPER REPAIR ORDER AND WE NEEDED TO GENERATE A NEW ONE TO FIX THE
ISSUE.
            *******************************************************

COMPANY NAME
COMPANY PHONE                   PREMIUM CARE
POLICY NUMBER                        TBD
POLICY TERM                          84
EFFECTIVE DATE                  24 JUL 2021
DEDUCTIBLE                        100.00
MILEAGE LIMIT
BEGIN MILES                        482
END MILES                        75000
COMPONENTS

                        * HOUSE CHARGE [ ] ACCT#_____

                    * CASH [ ] CHECK [ ] #_____

                    * VISA [ ] MASTERCARD [ ] AMEX [ ] DISC [ ]

                    * ACCEPTED BY _____ DATE _____

YOUR STATE INSPECTION EXPIRES_____

| TIRES | BRAKES | ANTIFREEZE PROTECTION |
|---|---|---|

**YOUR VEHICLE IS PARKED IN SPOT**   ✓

#_____

DISCLAIMER OF WARRANTIES
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| LESS DISCOUNT | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | Case ID 200601010 |

CUSTOMER SIGNATURE

Copyright 2014 CDK Global, LLC   SERVICE INVOICE TYPE 2 - 920 - IMAGING

**CUSTOMER COPY**